UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LEON MIDDLETON,

                Plaintiff,

-against-

GEORGE PETERS, III, M.D.; NAOMI FALK,
M.D., and ALBANY MEDICAL CENTER

                Defendants.

Civil Action No.
9:06-CV-1461
(LEK/DRH)

**DECISION AND ORDER**

This matter comes before the Court following a Report-Recommendation filed on February 19, 2008, by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 48).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to Judge Homer's Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 48) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Plaintiff's Motion for entry of default judgments (Dkt. No. 20) is

**DENIED**; and it is further

ORDERED, that the Complaint (Dkt. No. 1) is **DISMISSED** without prejudice as to defendant Peters; and it is further

ORDERED, that Defendant Albany Medical Center's Cross-Motion to dismiss (Dkt. No. 21) is **DENIED**; and it is further

ORDERED, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   March 27, 2008
             Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge